AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

DIANNE S. WILSON

v.

DYNAMIC EDUCATION SYSTEMS, INC., et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05cv1227-F

TO: (Name and address of defendant)
Dynamic Education Systems, Inc.
8433 N. Black Canyon Hwy., Ste. 188
Phoenix, AZ 85021

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Carol Gerard
Law Offices of Jay Lewis
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(BY) DEPUTY CLERK

DATE 12/28/05

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

DIANNE S. WILSON

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 2:05cv1227-F

DYNAMIC EDUCATION SYSTEMS, INC., et al

TO: (Name and address of defendant)
Exodyne, Inc.
8433 N. Black Canyon Hwy., Ste. 200
Phoenix, AZ 85007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Carol Gerard
Law Offices of Jay Lewis
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(BY) DEPUTY CLERK

DATE 12/28/05

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

DIANNE S. WILSON

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 2:05cv1227-F

DYNAMIC EDUCATION SYSTEMS, INC., et al

TO: (Name and address of defendant)
Leslie Harris
c/o Montgomery Job Corp.
1145 Airbase Boulevard
Montgomery, Alabama 36108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Carol Gerard
Law Offices of Jay Lewis
P.O. Box 5059
Montgomery, AL 36103

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(BY) DEPUTY CLERK

DATE 12/28/05