| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Myra Drayton  C. Date of Delivery: 12-30-05 |
| 1. Article Addressed to:<br><br>Leslie Harris<br>c/o Montgomery Job Corp.<br>1145 Airbase Boulevard<br>Montgomery, AL 36108<br><br>SdC  05-1227 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☑ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0000 5265 0356 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540