| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _S. Barlon_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>S. Barlon  RECEIVED  1-6-06 |
| 1. Article Addressed to:<br><br>Dynamic Educations Systems, Inc<br>8433 N. Black Canyon Hwy.<br>Ste. 188<br>Phoenix, AZ 85021<br><br>SAC 05-1227 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>2006 JAN -9  A 10: 35<br>DEBRA P. HACKETT<br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT A<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0000 5265 0363 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540