| | |
|---|---|
| **SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY** |
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X PBronson  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name): PBronson   C. Date of Delivery: 1-25-06<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Exodyne, Inc.<br>8433 N. Black Canyon Hwy.<br>Ste. 200<br>Phoenix, AZ 85077<br><br>SA C 05-1227 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☑ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0000 5265 0349 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540