IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DIANNE S. WILSON, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DYNAMIC EDUCATIONAL )<br>SYSTEMS, INC., EXODYNE, INC., )<br>and LESLIE HARRIS, )<br>)<br>    Defendants. ) | Civil Cause: 2:05CV1227.F |

**DEFENDANT'S MOTION
FOR PRO HAC VICE ADMISSION OF COUNSEL**

Defendants, Dynamic Educational Systems, Inc., Exodyne, Inc., and Leslie Harris, pursuant to Local Rule 83.1(b), hereby requests the Court admit Anne L. Tiffen *pro hac vice* in this action, and state as follows:

1.

Anne L. Tiffen is licensed to practice law in the state of Arizona and is a member in good standing of the Arizona Bar. In addition, Ms. Tiffen is admitted to practice before the United States District Court for the District of Arizona, the Ninth Circuit Court of Appeals, and the Fifth Circuit Court of Appeals. Ms. Tiffen has been practicing law for more than twenty-five (25) years and has represented numerous clients in State and Federal Court.

2.

Ms. Tiffen is affiliated with the firm of Mariscal, Weeks, McIntyre & Friedlander, P.A., of Phoenix, Arizona. Their office address is Mariscal, Weeks, McIntyre & Friedlander, P.A., of Phoenix, Arizona, 2901 North Central Avenue, Suite 200, Phoenix, Arizona 85012, Telephone (602) 285-5119.

3.

Ms. Tiffen is familiar with the Federal Rules of Civil Procedure, the Local Rules for the Middle District of Alabama, the ethical limitations and requirements governing the behavior of members of the Alabama State Bar, and the American Bar Association Model Rules of Professional Conduct.

4.

Ms. Tiffen is co-counsel in this matter with Brian Mosholder, a member in good standing of the Alabama Bar, No. MOS-018, and the United States District Court for the Middle District of Alabama.  Mr. Mosholder's office address is: 303 Sterling Centre, 4121 Carmichael Road, Montgomery, Alabama 36106, Telephone: (334) 213-5600.

5.

A Certificate of Good Standing for Anne L. Tiffen is attached as Exhibit 1.

WHEREFORE, Dynamic Educational Systems, Inc., Exodyne, Inc., and Leslie Harris respectfully request the Court rule upon this Motion without a hearing or further responses, and enter an Order (i) granting this Motion, and (ii) admitting Anne L. Tiffen *pro hac vice.*

Respectfully submitted this 7th day of February, 2006.

/s/ Brian Mosholder
Brian T. Mosholder
CARPENTER, INGRAM & MOSHOLDER, LLP
Suite 303
4121 Carmichael Road
Montgomery, Alabama   36106
Telephone: 334-213-5600
FAX:  334-213-5650
E-mail: BMosholder@carpenterfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DIANNE S. WILSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Cause: 2:05CV1227.F |
| | ) |
| DYNAMIC EDUCATIONAL SYSTEMS, INC., EXODYNE, INC., and LESLIE HARRIS, | ) |
| | ) |
|     Defendants. | ) |

**CERTIFICATE OF SERVICE**

    This is to certify that a copy of the above and foregoing was served upon the below listed counsel of record by electronic filing with the Clerk of Court for the United States District Court for the Middle District of Alabama, Northern Division, on the 7thday of February, 2006.

        Carol Gerard, Esq.
        Law Offices of Jay Lewis
        P.O. Box 5059
        Montgomery, Alabama  36103

        /s/ Brian Mosholder
        Brian Mosholder (MOS-018)
        ATTORNEYS FOR DYNAMIC
        EDUCATIONAL SYSTEMS, INC.
        EXODYNE, INC., and LESLIE HARRIS