AO136 (Rev. 9/98) Certificate of Good Standing

# United States District Court

DISTRICT OF <u>Arizona</u>

**CERTIFICATE OF GOOD STANDING**

I, _____Richard H. Weare_____, Clerk of this Court,

certify that _____Anne L. Tiffen_____ was duly admitted

to practice in this Court on _____November 20, 1981_____,
DATE

and is in good standing as a member of the Bar of this Court.

Dated at _____Phoenix, AZ_____ on _____February 1, 2006_____
LOCATION                                              DATE

_____Richard H. Weare_____          _____Beth Stephenson_____
CLERK                                              DEPUTY CLERK