**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                              TELEPHONE (334) 954-3600

February 8, 2006

## NOTICE OF DEFICIENCY

**To:** Attorney Brian Mosholder

**From:** Clerk's Office

**Case Style:** Wilson v. Dynamic Education Systems, Inc. et al

**Case Number:** 2:05-cv-01227-MEF

**Referenced Pleading:** Motion to Appear Pro Hac Vice

**Docket Entry #** 8

Notice is hereby given that the referenced deficient pleading was filed on February 7, 2006 in the above-styled case. The listed deficiency must be corrected within 10 days from the date of this notice:

You filed a motion to appear pro hac vice for Anne L. Tiffen on February 7, 2006, however, the filing fee of $20.00 each was not paid. Please forward a total fee of $20.00 by firm check, cashier's check or money order to the Clerk's Office as soon as possible.

*DO NOT E-FILE YOUR CORRECTION.......IT MUST BE MAILED TO THE CLERK'S OFFICE.*