IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DIANNE S. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-1227-MEF |
| ) | |
| DYNAMIC EDUCATION SYSTEMS, ) | |
| INC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Motion for Anne L. Tiffen to Appear Pro Hac Vice (Doc. #8) filed on February 7, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 9th day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE