IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **DIANNE S. WILSON** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Case 2:05-cv-1227-MEF |
| | * | |
| **DYNAMIC EDUCATION SYSTEMS,** | * | |
| **INC, EXODYNE, INC., and** | * | |
| **LESLIE HARRIS,** | * | |
| | * | |
| Defendants. | * | |
| | * | |

**REPORT OF PARTIES' PLANNING MEETING**

1. **Appearances.** Pursuant to Fed. R. Civ. P. 26(f), a teleconference was held on the 8th day of February, 2006, between the following participants:

    Jay Lewis
    Law Offices of Jay Lewis, LLC
    Attorney for Plaintiff

    Anne L. Tiffen
    Mariscal, Weeks, McIntyre & Friedlander, PA
    Attorney for Defendants

2. **Pre-Discovery Disclosures.** The parties will exchange by March 15, 2006, the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

    a.  Discovery will be needed on the following subjects:

        1.  All information pertaining to Plaintiff's claims and damages.

        2.  All information pertaining to Defendants' defenses.

    b.  All discovery commenced in time to be completed by, October 17, 2006.

1

    c.    There will be a maximum of 30 interrogatories by each party to any other party. The responses will be due 30 days after service.

    d.    There will be a maximum of 30 requests for production of documents by each party to any other party. The responses will be due 30 days after service.

    e.    There will be a maximum of 30 requests for admission by each party to any other party. Responses will be due 30 days after service.

    f.    The parties agree that no more than 10 depositions may be taken by a party without leave of the court or agreement of the parties. Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

    g.    Reports from retained experts under Rule 26(a)(2) will be due from Plaintiff by June 1, 2006, and from Defendant by July 10, 2006.

    h.    Supplementation of the disclosures under Rule 26(e) will be due within 30 days before the end of the discovery period.

**4.    Other items.**

    a.    **Scheduling Conference**
The parties **do not** request a conference with the court before entry of the scheduling order.

    b.    **Pretrial Conference**
The parties request a pretrial conference in December, 2006.

    c.    **Additional Parties, Claims and Defenses**
The parties must join additional parties and amend the pleadings by July 10, 2006.

    d.    **Dispositive Motions**
All potentially dispositive motions should be filed by September 19, 2006.

    e.    **Settlement**
Settlement and the possibility of mediation cannot be evaluated until some discovery is complete.

    f.    **Trial Evidence**
The final list of witnesses and trial evidence under Rule 26(a)(3) should be due three weeks before trial. The parties should have 14 days after service to list objections under Rule 26(a)(3).

    g.    **Trial Date**
This case should be ready for trial by the trial term beginning January 29, 2007, and at this time is expected to take approximately 3 days of trial time.

Date: February 8, 2006


/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
334-263-7733 (Voice)
334-832-4390 (Fax)
ASB-2014-E66J
J-Lewis@JayLewisLaw.com
Attorney for Plaintiff

/s/ ANNE L. TIFFEN
Anne L. Tiffen
Mariscal, Weeks, McIntyre & Friedlander, PA
2901 North Central Avenue, Suite 200
Phoenix, AZ 85012-2705
(602)285-5019 (Voice)
(602)285-5100 (Fax)
anne.tiffen@mwmf.com
Attorney for Defendants