IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DIANNE S. WILSON, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>DYNAMIC EDUCATION SYSTEMS, )<br>INC., *et al.,* )<br>)<br>    Defendants. ) | CASE NO. 2:05-cv-1227-MEF |

## **O R D E R**

Upon consideration of the Joint Motion to Continue (Doc. #13) filed on September 25, 2006, it is hereby

ORDERED that the motion is DENIED.

DONE this the 28th day of September, 2006.

                                                      /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE