# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **DIANNE S. WILSON** * | |
|    Plaintiff, * | |
| * | |
|    v. * | Civil Case 2:05-cv-1227-MEF |
| * | |
| **DYNAMIC EDUCATION SYSTEMS,** * | |
| **INC, EXODYNE, INC., and** * | |
| **LESLIE HARRIS,** * | |
|    Defendants. * | |
| * | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW Plaintiff, by and through her counsel and reports to the Court as follows:

As required by the Court's scheduling order, counsel for Plaintiff has met and conferred with counsel for the defendants regarding the possibility of settling this case. At this point, it appears that settlement has been achieved, and the parties are working together to draft appropriate agreements and releases. The parties do not presently believe that mediation will assist them in resolving this case.

RESPECTFULLY SUBMITTED on this the ____31____ day of October, 2006.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
Attorney for Plaintiff
P.O. Box 5059
Montgomery, Alabama, 36104
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

**CERTIFICATE OF SERVICE**

      I hereby certify that on the __31st__ day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

    Anne L. Tiffen
    Mariscal, Weeks, McIntyre & Friedlander, PA
    Attorney for Defendants

                                                    /s/ JAY LEWIS
                                                  Jay Lewis
                                                  Law Offices of Jay Lewis, LLC
                                                  Attorney for Plaintiff
                                                  P.O. Box 5059
                                                  Montgomery, Alabama, 36104
                                                  334-263-7733 (voice)
                                                  334-263-7733 (fax)
                                                  [J-Lewis@JayLewisLaw.com](mailto:J-Lewis@JayLewisLaw.com)
                                                  ASB-2014-E66J