IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DIANNE S. WILSON,<br><br>      Plaintiff,<br><br>v.<br><br>DYNAMIC EDUCATIONAL SYSTEMS, INC., EXODYNE, INC., and LESLIE HARRIS,<br><br>      Defendants. | Civil Cause: 2:05CV1227.F<br><br>**UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE STIPULATION OF DISMISSAL** |

**Defendant hereby moves for additional time to file a Stipulation of Dismissal. The current deadline is November 27, 2006 pursuant to this Court's Order of November 1, 2006, which is Document Number 16 herein. The parties have agreed on a form of Settlement Agreement and signatures are pending. Once the Agreement has been signed by plaintiff and returned to defendants, federal law requires a seven-day revocation period before payment may be made thereunder. See 29 U.S.C. § 626(f)(1)(G). Defendants respectfully submit that four more weeks will be ample time to complete the settlement and file a Stipulation of Dismissal.**

**Counsel for Plaintiff's has authorized the undersigned to represent that this motion is unopposed.**

/ / / /

/ / / /

/ / / /

-1-

DATED this 21st day of November, 2006.

           **CARPENTER, INGRAM &**
            **MOSHOLDER, LLP**

           By:/s/ Brian Mosholder
            Brian Mosholder, Esq.
            303 Sterling Centre
            4121 Carmichael Road
            Montgomery, Alabama 36106
            ATTORNEY FOR DYNAMIC EDUCATIONAL SYSTEMS, INC., EXODYNE, INC., and LESLIE HARRIS

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing was served upon the below listed counsel of record by electronic filing with the Clerk of Court for the United States District Court for the Middle District of Alabama, Northern Division, on the 21st day of November, 2006.

Jay Lewis, Esq.
Law Offices of Jay Lewis
P.O. Box 5059
Montgomery, Alabama  36103

           /s/ Brian Mosholder
           Brian Mosholder (MOS-018)
           ATTORNEY FOR DYNAMIC EDUCATIONAL SYSTEMS, INC., EXODYNE, INC., and LESLIE HARRIS

Z:\6719\Pleadings\Motion for Additional Time.doc