IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DIANNE S. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-1227-MEF |
| | ) |
| DYNAMIC EDUCATION SYSTEMS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Unopposed Motion for Additional Time to File Stipulation of Dismissal (Doc. #17) filed on November 21, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 22nd day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE