IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DIANNE S. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Cause: 2:05CV1227.F |
| ) | |
| DYNAMIC EDUCATIONAL ) | |
| SYSTEMS, INC., EXODYNE, INC., ) | |
| and LESLIE HARRIS, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION TO DISMISS**

Come now all of the parties who have appeared in this action by and through undersigned counsel and jointly stipulate pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure* to the dismissal of the defendant Dynamic Educational Systems, Inc., Exodyne, Inc., and Leslie Harris, with prejudice, each party to bear its own costs.

Respectfully submitted this the 15th day of December, 2006.

/s/ Brian Mosholder
Brian Mosholder (MOS-018)
ATTORNEY FOR DYNAMIC
EDUCATIONAL SYSTEMS, INC.
EXODYNE, INC., and LESLIE HARRIS

/s/ Anne Tiffen
Anne Tiffen
ATTORNEY FOR DYNAMIC
EDUCATIONAL SYSTEMS, INC.
EXODYNE, INC., and LESLIE HARRIS

/s/ Joseph Brady Lewis
Joseph Brady Lewis
ATTORNEY FOR DIANNE S. WILSON

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DIANNE S. WILSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Cause: 2:05CV1227.F |
| DYNAMIC EDUCATIONAL SYSTEMS, INC., EXODYNE, INC., and LESLIE HARRIS, | ) ) ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the above and foregoing was served upon the below listed counsel of record by electronic filing with the Clerk of Court for the United States District Court for the Middle District of Alabama, Northern Division, on the 15thday of December, 2006.

Joseph Brady Lewis, Esq.
Law Offices of Jay Lewis
P.O. Box 5059
Montgomery, Alabama  36103


/s/ Brian Mosholder
Brian Mosholder (MOS-018)
ATTORNEYS FOR DYNAMIC
EDUCATIONAL SYSTEMS, INC.
EXODYNE, INC., and LESLIE HARRIS